UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEWEL EVERN DYER,

    Petitioner,

v.

PATRICK PEKIN, et al.,

    Respondents.

Case No. 25-cv-04633-RS (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to petitioner was returned as undeliverable more than 60 days ago. (Dkt. Nos. 6 and 7.) Accordingly, this federal habeas action is DISMISSED (without prejudice) because petitioner failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. <u>Any motion to reopen must have the words MOTION TO REOPEN written on the first page</u>. The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 4, 2025

RICHARD SEEBORG
Chief United States District Judge